This is to advise that on July 29, 2009

Senior Judge R. Kenton Musgrave

Issued CONFIDENTIAL Slip Opinion 09-78

In action

Ct. No. 08-00156

Washington International Insurance Company,

(Plaintiff,)

v.

United States,
(Defendant.)